# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELANO PEREL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-246 |
| | ) | Chief Judge Joy Flowers Conti/ |
| v. | ) | Chief Magistrate Judge Maureen P. Kelly |
| | ) | |
| BRYAN JOSEPH, JOSEPH L. REICHARD, | ) | |
| and JOHN DOE, | ) | Re: ECF No. 8 |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

The above-captioned prisoner civil rights action was received by the Clerk of Court for the Western District of Pennsylvania on February 27, 2018, ECF No. 1   The civil rights action was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges.

The magistrate judge, in a Report and Recommendation (the "Report"), ECF No. 9, filed on June 4, 2018, recommended that the Amended Complaint filed by plaintiff Delano Perel ("Plaintiff"), ECF No. 8, be dismissed pre-service pursuant to 28 U.S.C. § 1915(e), which permits pre-screening of complaints filed by plaintiffs who are granted in forma pauperis status. The Report recommended preservice dismissal of the Amended Complaint for failure to state a claim upon which relief can be granted.

Service of the Report was made on the Plaintiff at his address of record. Plaintiff was given until June 21, 2018 to file any objections. The deadline of June 21, 2018 has now passed and Plaintiff did not file any objections.

Accordingly, after *de novo* review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 27th day of June 2018;

IT IS HEREBY ORDERED that the Amended Complaint, ECF No. 8, is dismissed with prejudice pursuant to 28 U.S.C. §1915(e) for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that the Report and Recommendation, ECF No. 9, filed on June 4, 2018, by Chief Magistrate Judge Maureen P. Kelly, is adopted as the opinion of the Court. The Clerk is to mark the case closed.

Lastly, the court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from this order would not be taken in good faith.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
CHIEF UNITED STATES DISTRICT JUDGE

cc: The Honorable Maureen P. Kelly
Chief United States Magistrate Judge

DELANO PEREL
8420 N. Ivanhoe Street, #83953
Portland, OR 97203